IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   11-cv-02042-WYD-BNB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANDREW VANDENBERG,

    Defendant.

---

## CONSENT JUDGMENT

---

Pursuant to the Complaint filed by Plaintiff United States of America against Defendant Andrew VanDenBerg in the above-captioned case and the Joint Motion for Consent Judgment filed by the parties, it is

ORDERED that the Joint Motion for Entry of Consent Judgment (ECF No. 18 filed June 14, 2012) is **GRANTED**.   In accordance therewith, it is

ORDERED that Defendant Andrew VanDenBerg is liable to Plaintiff United States in the total sum of thirty-five thousand dollars ($35,000.00), with each party to bear its own costs.   It is further

ORDERED that Defendant Andrew VanDenBerg is enjoined from further trespass along the Whitehead Trail, unless provided with authorization from the U.S. Department of Interior, Bureau of Land Management to maintain the Whitehead Trail or construct a road along the Whitehead Trail.   Finally, it is

ORDERED that this case is terminated.

Dated: June 18, 2012.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE