IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   11-cv-02042-WYD-BNB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ANDREW VANDENBERG,

      Defendant.

---

## ORDER OF DISMISSAL

---

THIS MATTER is before the Court on the parties' Joint Stipulation of Dismissal of Case filed June 27, 2012.  After a careful review of the Stipulation and the file, I conclude that the Stipulation should be approved and the case dismissed.  Accordingly, it is

ORDERED that the Joint Stipulation for Dismissal of Case is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, each party to bear his or its own attorney fees and costs.

Dated:  June 27, 2012

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge